IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEPHEN MARESCA,
HEATHER MARTIN-MARESCA,
M.M., C.M., and ANTHONY MARESCA,

      Plaintiffs,

v.                                              No. 13-CV-00733 PJK/KBM

BERNALILLO COUNTY, and
BERNALILLO COUNTY SHERIFF OFFICERS
DEPUTY J. FUENTES, DEPUTY G. GRUNDHOFFER,
DEPUTY L. TONNA, DEPUTY E. LUCERO,
DEPUTY L. SWINT, and DEPUTY S. QUINTANA,

      Defendants.

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND
## EXPERT WITNESS DEADLINES

COME NOW defendants Bernalillo County, Deputy J. Fuentes, Deputy G. Grundhoffer, Deputy L. Tonna, Deputy E. Lucero, Deputy L. Swint and Deputy S. Quintana (hereinafter "defendants"), by and through counsel of record, Kennedy, Moulton & Wells, P.C., by Deborah D. Wells, and hereby move this Court for an Order allowing defendants an extension of time within which to disclose expert witness(es) to **April 14, 2014**.

Plaintiffs' counsel has been contacted and has no objection to this motion.

If the unopposed motion is granted, the extension of defendant's deadline to disclose expert witness(es) will not impact any other pretrial deadlines. Jury trial is not scheduled to commence until January 5, 2015. Additionally, defendants' request for an extension of the expert witness deadlines in this case does not conflict with the Civil Justice Reform Act.

On March 26, 2014, all counsel of record approved this motion, as well as the Stipulated Order, via e-mail. The Stipulated Order was then submitted, upon this Motion's filing, to the Honorable Karen B. Molzen.

WHEREFORE, defendants respectfully request, and plaintiffs do not object to entry of a stipulated Case Management Order which extends the deadline for defendants to identify their expert witness(es) and provide their expert reports until **April 14, 2014.**

Respectfully submitted,

KENNEDY, MOULTON & WELLS, P.C.

*/s/ Electronically by Deborah D. Wells*
DEBORAH D. WELLS
Attorney for defendants
2201 San Pedro NE, Bldg.3, Suite 200
Albuquerque, NM 87110
(505) 884-7887

I HEREBY CERTIFY that a true
and correct copy of the
foregoing was transmitted via CM/ECF to:

Joseph Kennedy, Esq.
Shannon Kennedy, Esq.
Theresa Hacsi, Esq.
1000 2nd Street N.W.
Albuquerque, NM 87102
(505) 244-1400

on this 26th day of March, 2014.

*/s/ Electronically by Deborah D. Wells*
DEBORAH D. WELLS