**CLERK'S MINUTES REGARDING**
**RULE 16 SETTLEMENT CONFERENCE**

**NAME OF CASE**:   *Maresca, et al. v. County of Bernalillo, et al.*
**CASE NO**.:  13cv733 PJK/SCY

A Rule 16 Settlement Conference was held before Magistrate Judge Steven C. Yarbrough beginning at 9:00 a.m. on November 2, 2016.

**APPEARANCES:**

**For Plaintiff:**
Joe Kennedy

**With Client:**
Heather Martin-Maresca

**For Defendants:**
Deborah Wells

**With Client:**
Taylor Horst
Jennifer Ortiz
Theresa Baca Sandoval

**RESULTS OF SETTLEMENT CONFERENCE**:        The case settled.

**TIME SPENT IN SETTLEMENT CONFERENCE:**        3.5 hours