IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**Stephen Maresca, Heather Martin-Maresca,
M.M., C.M., and Anthony Maresca**

      **Plaintiffs,**

v.                                                                                  No. 13-CV-00733 PJK/SCY

**Bernalillo County,**

      **Defendant.**

## STIPULATED MOTION TO DISMISS

COME NOW Plaintiffs, Heather Martin-Maresca, M.M., C.M., and Anthony Maresca, by and through their attorney of record, KENNEDY KENNEDY & IVES, and Defendant Bernalillo County, by and through their attorney of record, Kennedy, Moulton and Wells, and hereby move the Court for entry of the attached Agreed Order of Dismissal, dismissing all of Plaintiffs' claims with prejudice. In support, Plaintiffs and Defendant state that they have mutually agreed to resolve this matter. Each party will bear their own fees and costs.

Respectfully Submitted:

**KENNEDY KENNEDY & IVES**

*/s/ Joseph P. Kennedy*
Joseph P. Kennedy
Shannon L. Kennedy
Laura S. Ives
*Attorneys for Plaintiffs*
1000 2nd Street NW
Albuquerque, NM  87102
505-244-1400 / F: 505-244-1406

        **KENNEDY, MOULTON & WELLS, P.C.**

        <u>*Approved telephonically 01/04/17*</u>
        Deborah D. Wells
        *Attorney for Defendant*
        2201 San Pedro NE, Bldg. 3, Suite 200
        Albuquerque, NM 87110
        505-884-7887

    I hereby certify that the foregoing was delivered to all counsel of record through the CM/ECF system on the day of its filing.

<u>*/s/ Joseph P. Kennedy*</u>
Joseph P. Kennedy